IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) Criminal No. 05-25 Erie |
|  | ) (18 U.S.C. §§922(g)(1) |
| LEON F. AKERLY, II | ) |

## PROPOSED ORDER OF COURT

AND NOW, to-wit, this 13th day of July, 2005, upon consideration of the defendant's Motion to Enlarge the Time Period in which to File Pretrial Motions, and after consideration of the reasons set forth therein, it is hereby ORDERED, ADJUDGED and DECREED that the time period in which to file pretrial motions shall be enlarged by 90 days with the defendant's pretrial motions filed on or before September 27, 2005. The government's Omnibus Response shall be filed on or before October 10, 2005.

It is further ORDERED that the time period from the date of the filing of said Motion to September 27, 2005 should be excluded from the speedy trial computation pursuant to U.S.C. §3161(h)(1)(F).

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
United States District Judge