IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   )
                           )
v.                         )  Criminal No. 05-25 Erie
                           )  (18 U.S.C. §§922(g)(1)
LEON F. AKERLY, II         )

## ORDER OF COURT

AND NOW, to-wit, this 26th day of September, 2005, upon consideration of the foregoing Motion filed by the defendant to Enlarge the Timer Period in Which to File Pretrial Motions and for the reasons set forth therein, it is hereby ORDERED, ADJUDGED and DECREED that the time period shall be extended to October 11, 2005.

BY THE COURT,

*Maurice B. Cohill, Jr.*
Maurice B. Cohill
United States District Judge