IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 05-25 Erie |
| ) | |
| LEON F. AKERLY II   ) | |

**O R D E R**

AND NOW, TO WIT, this _____ day of November, 2005, upon consideration of the government's Motion in Limine, and upon further consideration of any response thereto, IT IS HEREBY ORDERED that said Motion is GRANTED.

                                                            _____
                                                            MAURICE B. COHILL, JR.
                                                            SENIOR UNITED STATES DISTRICT JUDGE

cc:   Leonard G. Ambrose, III, Esq.
         Christine A. Sanner, AUSA