IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA       )
                               )
        v.                     )    Criminal No. 05-25 Erie
                               )
LEON F. AKERLY II              )
```

### **O R D E R**

AND NOW, TO WIT, this _____ day of December, 2005, upon consideration of the government's Supplemental Motion in Limine, and upon further consideration of any response thereto, IT IS HEREBY ORDERED that said Motion is GRANTED.

                                                                                                           _____
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE

cc:  Leonard G. Ambrose, III, Esq.
     Christine A. Sanner, AUSA