## STATEMENT OF QUALIFICATIONS

Maurice J. Ferentino, Special Agent,
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)
Pittsburgh, Pennsylvania

I, Maurice J. Ferentino, hereby declare and state:

1. That I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since September 1998. As a Special Agent with ATF, one of my responsibilities is conducting criminal investigations concerning alleged violations of the Federal firearms laws. I have acquired knowledge and experience as to firearms and ammunition and the interstate nexus of firearms and ammunition, due to investigations, research, records, familiarity, conferring with other experts, training, and certifications. I prepare reports and official correspondence relating to the identification, origin, and classification of firearms and ammunition under the provisions of the Federal firearms laws.

2. That during the course of my duties, I have examined thousands of firearms and hundreds of rounds of ammunition for the purpose of determining the manufacturer, model, caliber/gauge, and serial number; the place of manufacturer; function and design, and/or status as related to the National Firearms Act.

3. That I have contacted the ATF National Tracing Center on numerous occasions and requested firearms traces concerning the manufacture and interstate/intrastate shipment of firearms. I have also assisted numerous federal, state and local law enforcement agencies with firearm traces.

4. That I have had numerous contacts with firearms dealers who are federal firearms licensees (FFLs), regarding licensing application, firearms transfer, acquisition, disposition, and compliance, and criminal enforcement matters and continue to do so as part of ATFs liaison with the firearms industry.

5. That I have received formal training for law enforcement personnel in both a general and specific nature as it pertains to the recognition and identification of firearms and ammunition and their place of manufacture. This training includes, but is not limited to the following:

   Criminal Investigator Training Program, Federal Law Enforcement Training Center, Glynco, Georgia (GA)
   New Professional Training (NPT), ATF National Academy, Glynco, Georgia
   Firearms Interstate Nexus Training, ATF Firearms Technology Branch, Martinsburg, West Virginia (WV)
   Simunition Supervisor Training and Safety Course, Avon, Connecticut

During the training at the Firearms Interstate Nexus Training Course at ATF's Firearms Technology Branch (FTB), Martinsburg, WV, I personally examined the ATF Firearms Technology Branch's Reference Collection, which includes approximately 8,000 firearms.

6. That I maintain current information regarding a historical list of licensed U.S. and foreign manufacturers, importers, and distributors, as well as, common firearms proof marks utilized by numerous foreign countries.

7. That my expertise relative to the various disciplines of firearms and ammunition to include interstate nexus has been requested and recognized by the following agencies:

    Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)
    United States Attorney's Office, Western District of Pennsylvania

8. I have accumulated a personal reference library of firearms and ammunition related publications such as *Gun Trader's Guide*, *Gun Digest*, *Flayderman's Guide to Antique American Firearms*, *Blue Book of Gun Values*, *Guns and Ammo*, and *Shooting Times* in order to remain familiar with firearms and firearm trends.

9. That I am currently a Simunition Supervisor Trainer for the ATF Philadelphia Field Division and am tasked with the supervision of activity and training as it pertains to the teaching of firearm safety, marksmanship and nomenclature to other special agents. I have qualified on numerous occasions as an Expert in various different types of firearms.

_____
Maurice J. Ferentino
Special Agent