IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> LEON F. AKERLY, II ) <br> ) <br> ) | CRIM   05-25 ERIE |

## NOTICE

The above entitled case is set for ___CHANGE OF PLEA___

on ___December 6, 2005___ at ___2:30 PM___ in Courtroom A, 2nd Floor, U.S. Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

_Richard Witas_
Richard Witas, Courtroom Deputy Clerk

Date:   November 29, 2005

Copies to:

Christine A. Sanner, AUSA
Leonard G. Ambrose, III, Esq.

Pretrial Services
Probation Office - ERIE-Pgh
U.S. Marshal - ERIE - Pgh