**MEMORANDUM OF NON-JURY TRIAL**

# United States District Court
### For the Western District of Pennsylvania

UNITED STATES OF AMERICA

Plaintiff

vs.                                       No.    CRIM 05-25 E

LEON F. AKERLY, II

Defendant

HEARING ON    CHANGE OF PLEA

Before Judge    MAURICE B. COHILL, JR.,

Christine A. Sanner, AUSA                 Leonard C. Ambrose, III

*Appear for Plaintiff*                    *Appear for Defendant*

Hearing begun  2:30        12-6-05        Hearing adjourned to ———

Hearing concluded C. A. V. 2:55  12-6-05  Stenographer  Jackie Ferguson

**WITNESSES:**

For Plaintiff                             For Defendant

Δ sworn; found competent to plead
Δ changes plea to "guilty" as to Count I.
Sentencing date March 14, 2006 at 1:30
PSR ordered
O.R. Bond continued