CRIM 05-25 ERIE

AND NOW, the defendant in the above-entitled case hereby withdraws his plea of not guilty entered June 29 2005, as to Count I, and now pleads guilty in open court this 6th day of December 2005.

X Leon F. Cheff, II
   Defendant

Leonard H. Ambrose III
Counsel for the Defendant