IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

```
UNITED STATES OF AMERICA        )
                                )
          vs.                   )    CRIM   05-25ERIE
                                )
LEON F. AKERLY, II              )
                                )
                                )
```

NOTICE

The above entitled case is set for _____Sentence_____

on _____March 14, 2005_____ at __1:30 PM___ in Courtroom A, 2nd Floor, U.S.

Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District

Judge.

_Richard Witas_

Richard Witas, Courtroom Deputy Clerk

Date:   Dec. 6, 2005

Copies to:      Christine A. Sanner, AUSA
                Leonard Ambrose,, Esq.

                Pretrial Services
                Probation Office - ERIE-Pgh
                U.S. Marshal - ERIE - Pgh