IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 05-25 Erie |
| ) | (18 U.S.C. §§922(g)(1) |
| LEON F. AKERLY, II   ) | |
| | Electronically filed |

**ORDER**

AND NOW, to-wit, this _____ day of _____, 2005, upon consideration of the defendant's request to reschedule the sentencing hearing in the above captioned matter from March 14, 2006 at 1:30 P.M. in the United States Court House in Erie, Pennsylvania, because of a scheduling conflict, it is hereby ORDERED, ADJUDGED and DECREED that the sentencing shall be rescheduled for May 8, 2006 at 10:00 A.M.

BY THE COURT,

_____
Maurice B. Cohill, Senior Judge

cc:   All counsel of record
      U.S. Probation Department