# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

February 27, 2006

Christine A. Sanner, AUSA

Leonard G. Ambrose, III, Esquire

Leon F. Akerly, II c/o Leonard G. Ambrose, Esquire

U.S. Marshal

Probation Office

> Re: United States of America v. Leon F. Akerly, II
> Criminal No. 05-25E

Dear Counsel:

    Please be advised that the Sentencing Hearing for defendant Leon Akerly, II scheduled in the above captioned matter Monday, May 8, 2006 at 10:00 a.m. has been **RE-SCHEDULED** for Tuesday, May 16, 2006 at 10:00 a.m. before Judge Maurice B. Cohill, Jr. in Courtroom A, 2nd Floor, Erie, Pennsylvania. Mark your calendars accordingly.

    If you have any questions regarding this matter, contact me as soon as possible.

Very truly yours,

John Galovich, Deputy Clerk
To Judge Maurice B. Cohill, Jr.