IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-25 Erie |
| | ) (18 U.S.C. §§922(g)(1) |
| LEON F. AKERLY, II | ) (Electronically Filed) |

## EXHIBIT INDEX

| Index No. | Description |
|---|---|
| 1-4 | State Police photos - basement |
| 5-7 | State Police photos – basement door into 1st floor area |
| 8 | State Police photo – bathroom door – son hiding behind locked door |
| 9-12 | State Police photos of injuries to defendant |
| 13-16 | State Police photos of rear of house where assailants entered and exited |
| 17 | State Police photo of assailants' car |
| 18 | State Police photos of shotgun in trunk of assailants' car |
| 19 | Search Warrant – 02-28-05 |
| 20 | Petition for Consent Order & Order signed by Judge Domitrovich - 06-10-04 |
| 21 | Medical records of Damon Akerly – Children's Hospital – Pittsburgh, PA |
| 22 | Criminal Complaint – Commonwealth v. Thomas Giusti – 04-23-06 |
| 23 | Psychological Report of Robert Dowling, Ph.D. – dated 05/11/06 |
| 24 | Letter received from Karen Klapsinos, Esquire written by Stacy Akerly |
| 25 | Theft report filed by Trooper Stetson – 07/17/03 |