

Exhibits  1-2          State Police photos  - basement





Exhibits 3-4            State Police photos - basement

