Exhibits   5-6        State Police photos – basement door into 1st floor area




Exhibit 7:   State Police photos - basement door into 1st floor area

