Exhibit 8: State Police - photos – bathroom door - son hiding behind locked door

