Exhibits 9-10                    State Police photos of injuries to defendant







Exhibits 11-12          State Police photos of injuries to defendant

