

Exhibits 13-14
State Police photos
of rear of house where
assailants entered and exited





Exhibits 15-16    State Police photos of rear of house where assailants entered and exited

