Exhibit 17            State Police photo of assailants' car

