Exhibit 18 — State Police photos of shotgun in trunk of assailants' car

