

**Children's Hospital Pittsburgh**
**3705 Fifth Avenue**
**Pittsburgh, PA 15213**
**(412) 692-5325**

Patient: DAMON M AKERLY   Medical Record #:922232

**PERSON PREPARING THE DOCUMENT:** Ahmad R Ellini MD

## DISCHARGE INSTRUCTIONS

IMPORTANT: As we prepare DAMON M for discharge, the following information will help DAMON M return to the best level of health.

### This Information Is About DAMON M's Follow Up Care

An appointment has been made for DAMON M on 12/4/03 at 2 pm to be seen at the Gastroenterology clinic with Dr. Peters. You can reach the Gastroenterology at (412)692-5180, Children's Hospital 3705 5th Av, Pittsburgh, PA, 15213. If you or DAMON M have any problems or concerns before the appointment, call the clinic.

Call as soon as possible to make an appointment to see DAMON M's doctor in 3 days. You can reach the doctor by calling their clinic phone number. Please get the Influenza vaccine at your primary care physicians office.

### This Information Is About DAMON M's Diagnosis

**DAMON M's diagnosis is:**
- Autoimmune Hepatitis..

**Call your doctor if DAMON M has:**
- Any new problems or questions

### This Information Is About DAMON M's Medicine

#### PREDNISONE (Deltasone, Orasone)

Give this medicine to DAMON M by mouth in the following dose: Prednisone 5 mg take 4 tablets (20 mg) twice daily. Until seen by MD.

This is a steroid medicine. It is used to relieve inflamed areas of the body. It will lessen swelling, redness, itching and allergic reactions. This medicine can be used to treat many different diseases such as severe allergies, skin problems, asthma or arthritis. Side effects may include: temporary weight gain, increased blood pressure or mood changes. Allergy to this medicine would show up as: **rash or itching, wheezing or shortness of breath.**

Follow these instructions:



Children's Hospital Pittsburgh
3705 Fifth Avenue
Pittsburgh, PA  15213
(412) 692-5325

**Patient: DAMON M AKERLY   Medical Record #:922232**

- Give this medicine **with food** to avoid an upset stomach.
- Do not change the dose or stop giving this medicine without talking with your doctor.
- Talk to your doctor **before** giving DAMON M other medicines (including over-the-counter medicines).
- Have DAMON M see the doctor **regularly**.
- Store this medicine away from heat, moisture or direct light.
- If you miss a dose, give it as soon as possible. If it is almost time for DAMON M's next dose, skip the missed dose. Do not double the doses.

**Call your doctor if DAMON M has:**
- any sign of allergy
- any sign of infection (fever, aches, throat pain or other pain)
- sudden weight gain or swelling
- no improvement
- any new or severe symptoms

This sheet is provided for informational purposes only. It is believed to contain information you need to know about this medication. However, in each individual patient, professional medical advice should be obtained from your physician or pharmacist.

If there is any difference between these instructions and your prescription from the pharmacy please call DAMON M's doctor.

**AZATHIOPRINE**   (Imuran)

Give DAMON M this medicine by [type route] in the following dose: 37.5 mg once daily Sample: until DAMON M sees the doctor again.

This medicine is a medicine to help prevent rejection of transplant organs, tissue or arthritis. Side effects may include low blood pressure, loss of hair, rash, upset stomach or fever.

**Follow these instructions:**
- Do not stop taking this medicine without the doctor's approval.
- Check with your doctor before having any vaccinations.

**Call your doctor if DAMON M has:**
- sore throat.
- bleeding or bruising.
- increased fatigue.
- any sign of allergy.
- any new problems or concerns.



**Children's Hospital Pittsburgh**
3705 Fifth Avenue
Pittsburgh, PA 15213
(412) 692-5325

**Patient: DAMON M AKERLY   Medical Record #:922232**

This sheet is provided for informational purposes only. It is believed to contain information you need to know about this medication. However, in each individual patient, professional medical advice should be obtained from your physician or pharmacist.

If there is any difference between these instructions and your prescription from the pharmacy please call DAMON M's doctor.

**THE FOLLOWING MEDICINE WAS PRESCRIBED FOR DAMON M: Mephyton 5 mg tablets: one tablet once daily.**

Give this medicine to DAMON M in the following dose: Other Medication .

This medicine is used to:
Allergy would show up as **rash or itching, wheezing or shortness of breath**.

**Call your doctor if DAMON M has:**
- any sign of allergy.
- any new or severe symptoms.

This sheet is provided for informational purposes only. It is believed to contain information you need to know about this medication. However, in each individual patient, professional medical advice should be obtained from your physician or pharmacist.

If there is any difference between these instructions and your prescription from the pharmacy please call DAMON M's doctor.

**<u>FAMOTIDINE (Pepcid)</u>**

Give this medicine by mouth in the following dose: Pepcid 20 mg ( one tablet) once a day at bedtime.

This medicine helps to reduce acid in the stomach. This should help ulcers and gastritis (stomach irritation) heal. It may also be used to treat heartburn. Side effects may include: confusion, rash, headache, dizziness, sleeplessness, or an upset stomach. Allergy would show up as: **rash or itching, wheezing or shortness of breath**.

Follow these instructions:
- Do not give this medicine within 1 hour of taking a magnesium or aluminum containing antacid (mylanta or maalox).
- Avoid giving spicy or acidic (oranges, tomatoes) foods or drinks (orange juice).
- Shake the liquid medicine well **before** each dose.
- Do not give over-the-counter Pepcid, Zantac or Tagamet while taking this medicine.
- If a dose is missed, give it as soon as possible. If it is almost time for the next dose, skip the missed dose. Do not double the doses.

 **Children's**
Hospital of Pittsburgh

**Children's Hospital Pittsburgh**
3705 Fifth Avenue
Pittsburgh, PA  15213
(412) 692-5325

**Patient: DAMON M AKERLY   Medical Record #:922232**

- Store this medicine away from heat, moisture or direct light.

**Call your doctor if DAMON M has:**
- any sign of allergy
- an upset stomach or belly pain
- blood in DAMON M's vomit or stool (bright red or dark and tar-like)
- any new problems or questions

This sheet is provided for informational purposes only.  It is believed to contain information you need to know about this medication.  However, in each individual patient, professional medical advice should be obtained from your physician or pharmacist.

If there is any difference between these instructions and your prescription from the pharmacy please call DAMON M's doctor.

**This Information Is About DAMON M's Activity**

We recommend the following activity limitation for you: NO contact sports..

Safety

All drivers must buckle children carseat/booster/seatbelt whenever they sit in a vehicle.
*Fines for failure to "buckle up" are up to $100.00 alone.

**Pain Management**

Give DAMON M pain medication if prescribed.  Please call your doctor if:
- DAMON M is having pain and no pain medication has been prescribed
- pain medication is not working

**You and DAMON M are the most important factor in DAMON M's recovery. Follow the above instructions carefully.**

Equipment: Sent with Patient [ ] To be delivered [ ]  NA [ ]
**Patient Has:**
Discharge Medicines   Yes [ ] No [ ] NA [ ]
Prescriptions         Yes [✓] No [ ] NA [ ]
Personal Belongings   Yes [✓] No [ ] NA [ ]
**Discharged to:** Home [✓]
Other_____
**Via:** Private Vehicle [✓] Ambulance [ ]
Other _____

**Patient Discharge Date:** _11-20-03_  **Time:** _4pm_



Children's Hospital Pittsburgh
3705 Fifth Avenue
Pittsburgh, PA  15213
(412) 692-5325

Patient: DAMON M AKERLY   Medical Record #:922232

"I have received this information and my questions have been answered. I have discussed with the doctors and nurses and any other health care provider, concerns that I have with this plan.   MY SIGNATURE BELOW CERTIFIES THAT DAMON M AKERLY is discharged to my care by Children's Hospital of Pittsburgh.

X _____
Responsible Person for DAMON M AKERLY

X _____
Relationship

Responsible Person for DAMON M AKERLY has received this information and tells me that all questions have been answered.

_____
RN / MD / DO Signature