I would like you to know my reasons for the termination for the Protection from ABUSE ORDER.

- My FIRST & MOST IMPORTANT REASON is that I am in no need for Protection. I AM NOT IN ANY KIND OF DANGER. My husband, Leon & I have known each other for eighteen years. He is my best friend. We have had a lot of problems over the past year. We believed that OUR 5 YEAR OLD SON was raped. INSTEAD of recieving counceling to deal with this issue we just kept our feeling INSIDE until we ended up blaming each other. Leon & I ARE both recieving counceling & I think we are working through this. I would like to ATTEND MARRIAGE Counceling with him.

- My second reason for the Termination is that I LOVE him with ALL my HEART & I believe he loves me too. I know what happened was wrong but I do believe it will never happen AGAIN.

- My THIRD reason is we have two beautiful children who ARE suffering greatly. They need us both, if not together, AT LEAST AS friends being ALLOWED to ATTEND Social Effents together. This past weekend was family fun DAY AT School & ALL my Daughter wanted was us both to ATTEND. BECAUSE of this order I could not go,)

EXHIBIT 24

I realize that Leon & I have issues to work out & I believe the order is making it hard for us to communicate. Even if our marriage cannot be saved I believe our friendship can. It would be wonderful to be able to spend Easter as a family - having dinner, finding eggs, just spending time together. Our children our growing so fast. I think Leon & I both realize that we only get one chance at raising them & watching them grow. I would not want to miss these special years with them nor would I want Leon to miss them. I truly believe if given the chance at making this right we could over come it. We have been through so much together I don't want 1 bad year to destroy what we ~~built~~ spent 17 year building. ~~I am~~ I am asking you to believe in our love. I believe in my heart that this is best. If Leon & I cannot work through this I would still like to remain his friend not only for myself but for our children. They are suffering the most. I had children to become a family. All this orde

is doing right now is keeping our family APART. PLEASE find it in your heart to let us try to become the family we once were. We were once so HAPPY I beleive we can be AGAIN.
- My fourth REASON is that some of my Actions in filing the PFA were wrong. I had just found out Leon was seeing another women. And I used this Against him. I know this was wrong + I was so upset some of the things I SAID were untrue. I think I might have been experincing A NERVOUS breakdown. With the help of my therapist I know what is wrong + what is right. AND this is not right. Thank you for taking the time to listen to me. I AM very sorry for all the time I have wasted. I would never let anything like this ever happen Again.

Thank You

*[signature]*

Leon is ALSO being brought up on charges tomarrow about breaking the order that are untrue.