# PENNSYLVANIA STATE POLICE — INCIDENT REPORT

SP 00/0 (12-91)

Case 1:05-cr-00025-MBC    Document 27-16    Filed 05/12/2006    Page 1 of 2

**REPORT TYPE:** ☒ INITIAL ☐ CONTINUATION ☐ SUPPLEMENTAL
**DATE/DAY OF INCIDENT:** 01/3—7/14/2003 FRI
**TIME(S) OF INCIDENT:** 0800-1500 HOURS
**INCIDENT NO.:** E01-1055662
**JUVENILE:** ☐     **DOMESTIC VIOLENCE:** ☐

**ATTACHMENTS:**
☐ FELONY CRIMES AGAINST THE PERSON
☐ MISSING PERSON CHECKLIST
☐ STATEMENT FORM(S)
☒ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT
☐ RIGHTS WARNING AND WAIVER
☐ PROPERTY RECORD
☒ OTHER NCIC ENTRY

**DISP.:** ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED - DATE
A ☐ DEATH OF ACTOR      D ☐ VICTIM REFUSED TO COOPERATE
B ☐ PROSECUTION DECLINED  E ☐ JUVENILE/NO CUSTODY
C ☐ EXTRADITION DENIED    N ☐ NOT APPLICABLE    ☐ MULTIPLE CLEAR-UP

| 1. DRI/STATION | 2. LOCATION | ZONE |
|---|---|---|
| PAPSP2500/ERIE | 6936 GARFIELD AVE, UNATTACHED GARAGE, NORTHWEST CORNER | 02 |

| 3. CITY/TWP/BORO | CODE | 4. COUNTY | CODE |
|---|---|---|---|
| HARBORCREEK TWP | 210 | ERIE | 25 |

**5. VICTIM NO.** 1
**NAME:** Frank John DIGELLO
**ADDRESS:** 6936 GARFIELD AVENUE HARBORCREEK, PA 16421
**HOME PHONE:** 814-899-0943  CELL 450-2577
**6. EMPLOYER NAME:** PARENTS (NONE, ANTHONY DIGELLO)  FLORIDA CONTACT #→
**WORK PHONE:** 941-758-1836

| 7. RACE/ETHY. | 8. SEX | 9. DOB | 10. AGE | 11. RES. STAT. | 12. REL. TO OFFENDER(S) | 13. TYPE INJ. | 14. CIRC. | 15. CON. TO OFF. | 16. TYPE VICT. | 17. OFF. NO. REL. |
|---|---|---|---|---|---|---|---|---|---|---|
| W / N | M | 01/05/69 | 34 | R | RU | | | 01 | I | |

**18. OFFENSE**
___ SIMPLE ASSAULT    ___ CRIMINAL MISCHIEF    ___ TERRORISTIC THREATS    02 THEFT BY UNLAWFUL TAKING OR DISPOSITION
01 BURGLARY    ___ MISSING PERSON    ___ HARASSMENT    ___ CONTROLLED SUBSTANCE, DRUG, DEVICE AND COSMETIC ACT
___ ESCAPE    ___ AGGRAVATED ASSAULT    ___ ARSON BY RELATED OFFENSES    ___ HARASSMENT BY COMMUNICATION OR ADDRESS
03 OTHER CRIMINAL TRESPASS

| 19. NO. | 20. STATUTE | 21. SECTION NO. | 22. UCR | 23. HATE/BIAS | 24. OFF. USED | 25. OFF. LOC | 26. ETY. METH. | NO. | 27. ACTY. TYPE | 28. WPN/FC | A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | CC | 3502 | 052 | 88 | N | 20 | N | | | | |
| 02 | CC | 3921 | 060 | 88 | N | 20 | | | | | |
| 03 | CC | 3503 | 260 | 88 | N | 20 | | | | | |

**29. VEHICLE:** ☐ STOLEN  ☐ RECOVERED  ☐ SUSPECT  ☐ OTHER

| 43. NO. | 44. PROPERTY DESCRIPTION | 45. PRD. DESC. | 46. TYPE LOSS | 47. QTY. | 48. VALUE | 49. DATE REC. |
|---|---|---|---|---|---|---|
| 02 | KELTEC .22 CAL PISTOL, BLACK IN COLOR, SER#123981 | 13 | 07 | 1 | $300.00 | |
| 02 | BERETTA 9MM PISTOL, SILVER IN COLOR, SER#DAA274181 | 13 | 07 | 1 | $300.00 | |
| | TOTAL VALUE OF STOLEN PROPERTY | | | | $600.00 | |

**50.**
| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| INCIDENT PROMPTLY REPORTED BY VICTIM | ☐ | ☒ | NEIGHBORHOOD/AREA CANVASS | ☒ | ☐ |
| CAN A SUSPECT BE NAMED | ☐ | ☒ | ANY WITNESSES LOCATED | ☐ | ☒ |
| EVIDENCE AT SCENE TO LINK OFFENDER | ☐ | ☒ | OFFENDER INFORMATION AVAILABLE | ☐ | ☒ |
| CAN A VEHICLE BE IDENTIFIED WITH CRIME | ☐ | ☒ | IDENTIFIABLE/TRACEABLE PROPERTY | ☒ | ☐ |
| SCENE PROCESSED FOR LATENT PRINTS | ☐ | ☒ | UNIQUE/UNUSUAL METHOD OF OPERATION | ☐ | ☒ |
| LATENT PRINTS DISCOVERED | ☐ | ☒ | THOUGHT TO BE CONNECTED WITH KNOWN CRIME PATTERN | ☐ | ☒ |
| SCENE CHECKED FOR WITNESSES | ☒ | ☐ | CLEAN/STATISTICAL NARCOTICS MESSAGE SENT | ☒ | ☐ |

| 51. DATE/TIME OFFICER ARRIVED | 52. DATE/TIME OFFICER DEPARTED | 53. DATE OF REPORT | 54. PART ONE ONLY | 55. LCE NOTIFIED | 56. SUPV. INIT./BADGE NO. |
|---|---|---|---|---|---|
| 07/17/03 / 0859 | 07/17/03 / 1030 | 07/25/03 | ☐ | ☐ YES ☒ NO | |

**57. OFFICER'S NAME/SIGNATURE:** TPR. David E. STETSON
**BADGE NO.:** 7066
**58. INVES. RECM.:** ☐ CONT. ☒ TERM.
**59.** ☐ CONCUR ☐ NONCONCUR
**60. PAGE:** 01

STATION

EXHIBIT 25

| | | |
|---|---|---|
| (3-96) | REPORT TYPE<br>☒ INCIDENT<br>☐ OTHER | DATE(S) OF REPORT |
| PENNSYLVANIA STATE POLICE<br>CONTINUATION SHEET ☒<br>SUPPLEMENTAL INVESTIGATION REPORT ☐ | | INCIDENT NO.<br>E01-1055662 |

| | | | | |
|---|---|---|---|---|
| | | TIME(S) OF INCIDENT | JUVENILE ☐ | DOMESTIC VIOLENCE ☐ |

ATTACHMENTS:
☐ MISSING PERSON CHECKLIST    DISP.: ☐ CLEARED BY ARREST  ☐ UNFOUNDED  ☐ EXCEPTIONALLY CLEARED- DATE
☐ FELONY CRIMES AGAINST THE PERSON   ☐ STATEMENT FORM(S)    A ☐ DEATH OF ACTOR       D ☐ VICTIM REFUSED TO COOPERATE
☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT  ☐ RIGHTS WARNING AND WAIVER   B ☐ PROSECUTION DECLINED    E ☐ JUVENILE/NO CUSTODY
☐ PROPERTY RECORD  ☐ OTHER      C ☐ EXTRADITION DENIED    N ☐ NOT APPLICABLE     ☐ MULTIPLE CLEAR-UP

1. ORI/STATION: **PAPSP2500/ERIE**    2. DATE OF REPORT

3. OFFENSE:         4. VICTIM: **Frank DIGELLO**

5. NARRATIVE    LATITUDE: 42.09    LONGITUDE: -79.56

This incident is alleged to have occurred as follows; unknown actor(s) arrived at the scene. Once there the actor(s) entered the victims garage unforced and via an unknown means. Once inside the actor(s) proceeded to the Northwest corner of the garage. The actor(s) then opened a drawer to a wooden stand. The actor(s) then opened a Beretta gun case and removed the aforementioned handguns. The actor(s) then, apparently, closed the case and drawer and fled the scene undetected.

### PHYSICAL EVIDENCE
None, due to the grainy nature of the handgun case and the fact that the victim cannot narrow down the date of the incident.

### INTERVIEWS
The victim was interviewed on 07/17/2003 at approximately 0900 hours, on scene. He said he moved in with his mother after losing his job at the end of January. He said he put the handgun case in the drawer in the garage. He said he has not gone to look for the guns until now. He said a few months ago the garage door was broken and a section was missing. He said anyone could have entered at that time without forcing their way in.

This officer entered the stolen guns into NCIC./REGIONAL MESSAGE ATTACHED
This investigation will be terminated due to a lack of investigative leads. Should any leads develop this report will be supplemented.

NO ATTACHMENTS

---

6. OFFICER'S NAME/SIGNATURE: TPR. David E. STETSON/ TPR   BADGE NO. 7066   7. INVEST. RECM. ☐ CONT. ☒ TERM.   8. SUPV. INIT./BADGE NO.   9. ☐ CONCUR ☐ NONCONCUR   10. PAGE 02

STATION