# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs.  ) | CR 05-25Erie |
| Leon F. Akerly, II ) | |
| Defendants ) | |

**HEARING ON**  Sentencing

**Before**  Judge Maurice B. Cohill, Jr.

Christine Sanner, AUSA                                   Leonard Ambrose, Esquire

Appear for Plaintiff                                              Appear for Defendant

Hearing Begun  10:00  5/16/06                    Hrg Adjourned to  ——

Hrg concluded C.A.V.  11:55  5/16/06          Stenographer  Karen Early

**WITNESSES**

For Plaintiff                                                     For Defendant

1. Jessica Spencer
2. Ramon Akerly
3. Megan Akerly
4. Rhea Akerly

U.S.S.G. Range: O.L. 19, Cat. III, 37-46 mo. Imprisonment, 1-3 yrs S.R., $6,000 - $60,000 fine; $100 S.A.

Judgment Imposed: 37 months Imprisonment; S.R.; fine waived; special conditions; $100 S.A.

∆ taken into custody