AO 187 (Rev. 4/82)

## EXHIBIT AND WITNESS LIST (Both Parties)

| | | | | |
|---|---|---|---|---|
| U.S.A. | vs. Leon F. Akerly II. | | DISTRICT COURT | |
| PLAINTIFF'S ATTORNEY AUSA Christine Sanner Cahill | DEFENDANT'S ATTORNEY Leonard Ambrose, Esq. Karen Early | | DOCKET NUMBER CR 05-25E TRIAL DATE(S) | |
| PRESIDING JUDGE | COURT REPORTER | | COURTROOM DEPUTY Law Clerk: N. Smith | |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1. | Δ wt. 1 | | | Jessica Spencer (D's girlfriend) |
| | | | | | Photos of home invasion |
| | | | | | Baseball Bat |
| | 28 | | | | Check to Frank Agello |
| 2 | | | | | Spencer's statement to State Police |
| | | Δ wt 2 | | | Damon Akerly (D's son) |
| | | Δ wt 3 | | | Megan Akerly (D's daughter) |
| | | Δ wt. 4 | | | Rhea Akerly (D's mother) |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages