## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| *vs.* | ) | **Criminal Number 05-25E** |
| | ) | |
| **LEON AKERLY** | ) | |

**The above named defendant satisfied the judgment of MAY 16, 2006
by paying on JUNE 11, 2007 the full balance due on his/her court ordered:**

```
___X___ Assessment
_____ Fine
_____ Costs
_____ other
```

**The Court's docket and judgment index should be marked to reflect
satisfaction of the judgment.**

_____  7=27-7

Deputy Clerk                              Date